UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

JAMES J. WOOD, OWNER,
WORKERS OCCUPATIONAL
OPPORTUNITIES AND
DEVELOPMENT GROUP, LLC,

    Respondent.
_____/

MISC. NO. 11-mc-51179

HON. ROBERT H. CLELAND

## ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, James J. Wood, Owner, Workers Occupational Opportunities and Development Group, LLC, has complied with the Internal Revenue Service Summons served upon him on March 31, 2011, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, James J. Wood, Owner, Workers Occupational Opportunities and Development Group, LLC, by the petitioner is hereby dismissed without prejudice and without costs.

                S/Robert H. Cleland
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE

Dated: January 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 13, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522